(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JAVIER MENDOZA ROBLES

v.                                Cause No.    3:26-cv-00293

SAM OLSON  ET AL

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

ANNER CORTEZ AVALOS

Party(s) Represented

Prefix (check one)  ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: KOLA    First Name: ALUSH    Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: LAW OFFICE OF AL KOLA

Street Address: 1751 SOUTH NAPERVILLE RD    Suite/Room No.: 203

City: WHEATON    State: IL    Zip: 60189

Office Telephone No.: 6304070200    Fax No.: 6304070201

E-Mail Address: al@alkolalaw.com

**EDUCATION:**

College: DePaul University    Degree: BA    Year Completed: 1997

Law School: Chicago Kent College of Law    Year Graduated: 2000

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 2000 | ACTIVE | 6272550 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOIS | 2001 | ACTIVE |
| SOUTHERN DISTRICT OF INDIANA | 2025 | ACTIVE |
| WESTERN DISTRICT OF MICHIGAN | 2025 | ACTIVE |
| CENTRAL DISTRICT OF ILLINOIS | 2025 | ACTIVE |
| WESTERN DISTRICT OF OKLAHOMA | 2025 | ACTIVE |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, ALUSH KOLA, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 03/5/2026

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:  3/11/2026

s/Scott J. Frankel
Judge, U. S. District Court

Revised 06/05/2013