UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAVIER MENDOZA ROBLES,

Petitioner,

v.

SAM OLSON, et al.,

Respondents.

CAUSE NO. 3:26-CV-293-CCB-SJF

## ORDER

In a prior order, the court conditionally granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the Warden to release Javier Mendoza Robles if he was not provided with an individualized bond hearing by March 25, 2026. (ECF 11.) The Warden has notified the court that Mr. Mendoza Robles had a bond hearing on March 25, 2026. (ECF 14.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on April 1, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT